Nov. Term,
1853.

SMITH
v.
THE STATE.

(1) *Ante*, p. 206.

SMITH *v.* THE STATE.

The act of *January* 16, 1849, giving exclusive original jurisdiction of assaults and batteries to justices of the peace in *Delaware* county. took effect from its passage.

ERROR to the *Delaware* Circuit Court.

Roache, J.—Indictment for assault and battery. The indictment was found at the *March* term, 1849, and was continued to the *September* term. At the latter term, the defendant moved to quash, on the ground that the Court had no jurisdiction. Trial. Verdict and judgment against the defendant.

The motion to quash should have been sustained. The act of *January* 16, 1849, giving exclusive original jurisdiction of assault and battery to justices of the peace in *Delaware* county, took effect from its passage. At the time the motion to quash was made, and at the trial, the Circuit Court had not jurisdiction of the offence. *Sprigs* v. *The State*, 2 Ind. R. 75.—*The State* v. *Lackey, id.* 285.

*Per Curiam.*—The judgment is reversed. Cause remanded, &c.

*W. March,* for the plaintiff.

*W. Garver* and *R. A. Riley,* for the state.